FILED
FEB 2 8 2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No. 08MJ0427 *08 CR 566 WQH* |
| Plaintiff, | |
| v. | EXONERATION DECLARATION OF JORGE GUARDADO |
| JORGE GUARDADO, | |
| Defendant. | |

I, Jorge Guardado, stipulate and declare, under penalty of perjury that:

1.  On or about February 13, 2008, I entered the Otay Mesa, California, Port of Entry within the Southern District of California, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Mario Maganda-Salas, had not received prior official authorization to come to, enter and reside in the United States, and did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry;

2.  I did so while driving a 1994 GMC Sierra 1500 bearing no license plates, with my wife, Christine Kissinger, as passenger and said alien concealed within the vehicle;

3.  Passenger Christine Kissinger had no knowledge that said alien was in the vehicle and did not knowingly assist, aid or abet my conduct in any manner.

//
//

1  No one has made any promises or offered any rewards in return for this stipulation and
2  declaration, other than those contained in a plea agreement or other disclosure to the Court in this
3  matter. I have discussed this stipulation and declaration with defense counsel and I fully understand
4  its meaning and effect.

Respectfully submitted,

Dated: 2/27/08.

*/s/ Stephen D. Demik*
STEPHEN D. DEMIK
Defense Counsel for GUARDADO

Dated: 2-27-08

*/s/ Jorge Guardado*
JORGE GUARDADO
Defendant

2