AO 455 (Rev. 5/85) Waiver of Indictment                             **ORIGINAL**

---

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

---

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| JORGE GUARDADO | CASE NUMBER: 08 CR 566 WQH |

I, JORGE GUARDADO, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 2-28-08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

FILED
FEB 2 8 2008
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY